IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEVIN BRANDIS PUGH,       )
                          )
        Plaintiff,        )
                          )
v.                        )    CASE NO. 2:25-cv-00017-RAH
                          )
BIBB COUNTY,              )
ALABAMA,                  )
                          )
        Defendant.        )

### ORDER

On February 10, 2025, the Magistrate Judge filed a Recommendation (doc. 7) to which no timely objections have been filed. The Magistrate Judge recommends that Plaintiff's Complaint (doc. 2) be dismissed without prejudice. (Doc. 7 at 2.) Upon an independent review of the file and upon consideration of the Recommendation, it is

**ORDERED** as follows:

1. The Recommendation (doc. 7) is **ADOPTED**.

2. Plaintiff's Complaint (doc. 2) is **DISMISSED without prejudice**.

DONE, on this the 27th day of March 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE